## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINNET BROOKS, AARON BROOKS, MICHAEL LUCY, ELIZABETH YODER, and MEGAN ABPLANALP on behalf of their minor daughters A.B., R.L., and Q.H., | No. 4:22-CV-01335 <br><br> (Chief Judge Brann) |
| Plaintiffs, | |
| v. | |
| STATE COLLEGE AREA SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

### DECEMBER 1, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS
HEREBY ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (Doc.
3) is **GRANTED**, and:

1. Defendant State College Area School District (the "District") is
   enjoined from taking further action that would preclude Plaintiffs from
   participating in the District's ice hockey club program.

2. The District is enjoined from relinquishing any of its Title IX
   responsibilities to any parent-run booster club organizations.

3.    The District is to take all measures to ensure that Plaintiffs are rostered on an ice hockey club team, which includes providing sponsorship to a second middle school ice hockey team, if applicable.

4.    The District is to immediately cease any efforts to block, withhold permission, or otherwise forbid Plaintiffs from moving forward with their efforts to create a second middle school ice hockey team.

5.    The District is to take immediate action to remediate the harm caused by its actions, including immediate steps to recruit female students to, and promote female participation in, its ice hockey club program.

6.    The Parties shall file a status report with the Court within forty-five (45) days from the date of this Order, as to the District's efforts to comply with these directives.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge