IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINNET BROOKS, *et al.*, | No. 4:22-CV-01335 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| STATE COLLEGE AREA SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

### ORDER

### DECEMBER 1, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant State College Area School District Ice Hockey Club's Motion for Reconsideration (Doc. 45) is **GRANTED**;

2. All claims against Defendant State College Area School District Ice Hockey Club are stricken from Plaintiffs' Amended Complaint (Doc. 43);

3. Defendant State College Area School District Ice Hockey Club is dismissed from the case;

4. Defendants Chrissie Ebeck and Gary Stidsen's Motion for Reconsideration (Doc. 45) is **DENIED**;

5. In accordance with this Court's previous Order (Doc. 54), Defendants Chrissie Ebeck and Gary Stidsen must file their responsive pleadings within twenty-one (21) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge