# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LINNET BROOKS, *et al.*,

    Plaintiffs,

v.

STATE COLLEGE AREA SCHOOL DISTRICT, *et al.*,

    Defendants.

No. 4:22-CV-01335

(Chief Judge Brann)

## ORDER

### DECEMBER 18, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant State College Area School District's motion to dismiss (Doc. 47) is **GRANTED** with prejudice as to the following claims in the amended complaint:

    a. Monetary Damages for Negligent Hiring, Training, Retention, and/or Supervision of Employees – Linda Pierce (Count III);

    b. Monetary Damages for Negligent Hiring, Training, Retention, and/or Supervision of Employees/Agents – Gary Stidsen (Count IV); and

    c. Punitive Damages (Count V).

2. Defendant State College Area School District's motion to dismiss (Doc. 47) is **DENIED** as to the following claims in the amended complaint:

   a. Monetary Damages for Violations of Title IX (Count I);

   b. Monetary Damages for Violations of the Equal Protection Clause via 42 U.S.C. § 1983 (Count II).

3. Defendant's answer to the amended complaint is due no later than fourteen (14) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge
